

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number: 01-13-00791-CR

Trial Court Cause
Number: 1327731

Style: Ralph Ernest Alonso

**v** The State of Texas

Date motion filed*: January 13, 2014

Type of motion: Motion for Extension of Time to File Appellant's Brief

Party filing motion: Appellant

Document to be filed: Appellant's Brief

Is appeal accelerated? ☐ Yes ☒ No

If motion to extend time:
Original due date: November 14, 2013
Number of previous extensions granted: 1     Current Due Date: January 13, 2014
Date Requested: March 13, 2014

Ordered that motion is:

☐ Granted

If document is to be filed, document due: _____

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: Appellant's motion is granted in part and denied in part. The time for filing Appellant's brief is extended to February 12, 2014. No further extensions will be granted absent extraordinary circumstances.

Judge's signature: /s/ Justice Michael Massengale
☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: January 23, 2014